UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
            Plaintiff,              :
                                    :        10 Civ. 6782
      v.                            :
                                    :        ORDER OF DISMISSAL
U.S. FOODSERVICE, INC.,             :
                                    :
            Defendant.              :
-------------------------------------------------------X

WHEREAS, by Stipulation and Order of Settlement dated September 13, 2010 (the "Stipulation and Order of Settlement"), the United States of America and defendant U.S. Foodservice, Inc. agreed to settle this action on the terms and conditions provided there;

NOW, THEREFORE, IT IS ORDERED and ADJUDGED: That this action is dismissed with prejudice as to all claims asserted by the United States against defendant.

Dated:   New York, New York
         September 13, 2010

                                        SO ORDERED:

                                        _John F. Keenan_____
                                        HON. JOHN F. KEENAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-13-10